FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983

DEC 15 2016

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

JAMES N. HATTEN, CLERK
By: J. Crann Deputy Clerk

Jeffrey Scott Vickers 868722
(Enter above the full name and prisoner identification number of the plaintiff, GDC number if a state prisoner.)

1:16-CV-4620

-vs-

Oasis management system
State of Georgia Central State Hospital
Act team Services, Cobb County Adult Detention Center
Cobb County police Dept, cobb Magistrate court, State court
As well, Superior court, wellStar
Cobb General Colleen Stratsburg 1(470)644-0212 please call to verify
(Enter above the full name of the defendant(s).)

I. **Previous Lawsuits**

A. Have you filed other lawsuits in federal court while incarcerated in any institution? letter sent Nov 22, 2016

Yes (✓)   No ( )

She will explain

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

please make Note of me being mugged on 5/11/2014 please Review Security Footage

1. Parties to this previous lawsuit:

Plaintiff(s): Jeffrey Scott Vickers

Defendant(s): Craig E Dong CC 0215 Badge, West cobb Diner, publix, walgreens, Shell gas station, Daltex Point LLC, Chadmartin, A.E. Keen Hansil

2. Court (name the district): U.S Northern District court

3. Docket Number: 1:16-cv-00026-MHC

Rev. 12/5/07

I.   **Previous Lawsuits (Cont'd)**

   4.   Name of judge to whom case was assigned: Mark H. Cohen

   5.   Did the previous case involve the same facts?

   Yes ( )   No (✓)

   6.   Disposition (Was the case dismissed? Was it appealed? Is it still pending?): yes, I sent a Letter of Appeal with civil Docket case # to be Appealed Haven't Heard Response yet. U.S Court of Appeals

   7.   Approximate date of filing lawsuit: 01/4/2016

   8.   Approximate date of disposition: 07/11/2016

II.  **Exhaustion of Administrative Remedies**

Pursuant to 28 U.S.C. § 1997e(a), no prisoner civil rights action shall be brought in federal court until all available administrative remedies are exhausted. Exhaustion of administrative remedies is a precondition to suit, and the prisoner plaintiff must establish that he has exhausted the entire institutional grievance procedure in order to state a claim for relief.

   A.   Place of Present Confinement: Cobb County Adult Detention Center

   B.   Is there a prisoner grievance procedure in this institution?

   Yes (✓)   No ( )

   C.   Did you present the facts relating to your complaint under the institution's grievance procedure?

   Yes (✓)   No ( )

   D.   If your answer is YES:
   1.   What steps did you take and what were the results? I Requested grievance Forms and Here Is the list of All grievance Forms taken out, Additional Facts Included on Separate Sheets of paper on Front only Not Back.

   2.   If your answer is NO, explain why not:

### III. Parties

(In item A below, place your name in the first blank and place your present address in the second blank.)

A. Name of Plaintiff: Jeffrey Scott Vickers

Address(es): State of Georgia, Act team Services, Love Street Austell Central State Hospital 2450 Vinson Hwy milledgeville 30162, Cobb County police Dept 100 Cherokee St marietta, Ga 30090 Cobb County Adult Detention Center 1825 county Services Parkway marietta, Ga 30008

(In item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Do the same for each additional defendant, if any.) 1877 Same as Above two Different Adresses.

B. Defendant(s): State of Georgia, Act team Services, Cobb county police Dept, Central State Hospital Cobb County Adult Detention Center

Employed as Head of State, ~~were~~ State program that steals Disability legally earned As well, law Enforcement, Evaluating Facility

at _____

### IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

SEE Attached seperate Notebook paper of All Facts Under II D. Listed IN grievance of what steps DID I take, list of Grievance #S taken out and some Response but Does Not Include All. A list of All grievances From Dec 18, 2014 until Feb 16, 2016 ~~and~~ April 13, 2016 until Nov 30, 2016 IS A list of Some but Not All. Additional Facts Discovery Puckett was mailed on June 15, 2015 was suppose to Recieve Accurate Criminal History Report provided by Johnw Rife and wasn't old disposition From old Arrest on

### IV. Statement of Claim (Cont'd)

July 7, 2008 and a Nolle prosegue IN this case Disposition and punishment Done For this case already to what I could see, Oct 16 2014 was the Date this may Have been changed to Illegally. I Filed A Dispute with classification Dept Regarding IN Inmate policy Handbook I can Dispute on file Appeals on criminal History Information about Jail Records matching the Arrest Dates AS Indicated with Jail Records And the Dates on criminal History Report Actually matching like Suppose to, I Am still Awaiting Respone, Superior court of cobb will Not provide true and Acurate copy of Criminal History Report which Indicates Fraud on Report, criminal History Report that was provided was lighted up on purpose so I couldn't see Anything on the Report. I Requested A New copy and they still won't give me An Answer or copy as Requested. I also Had to File writ of Habeas corpus ON Cobb County Adult Detention center time served Deal wasn't Stated properly on Sep 13, 2016 and plea Bargain Deal was Broken under penulty of perjury and know being kept over time served. Including New Ad ons From over year ago on New 2016 warrant, warrant # 16-W-9484 police case #16097497 please get From sworn Staff D.wallace Accounting Manager Search Warrant # please Retrieve Bogus Search warrant through cobb magistrate court marry malony can

### V. Relief
possibly Help you, Former neighboor.

State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.

Same Relief AS Indicated before this new complaint but Need to bring the 80 trillion Down may be to much, and really Don't know what the cap IN Federal Court may be, So If I exceeded them cap I do Apologize, and letting you know I Didn't know what the cap may be So wouldn't be guilty of anything wrong, because I didn't know So Number one was private Detective License Badge and Registrant 2. 80 trillion I will Quash For Right Now and leave negotiable, because I don't know How much I can ASK For without exceeding the Budget. I Don't know How much I can Ask For IN Federal court can you please explain Amount without exceeding the cap, If there IS Any cap It will be negotiable at the cap For Federal court If there Is one, please Send price list And Amount I can ASK For without Exceeding Georgia's Budget cost.

Rev. 12/5/07

**V. Relief (Cont'd)**

And Tax Lien property Deed To State of Georgia If one IN Fact may Exist. Included IN Relief as well. Included were Abundoned property's

Signed this __30th__ day of __November__, 20 __16__.

__Jeffrey Vickers__
Signature of Plaintiff

STATE OF __Georgia__
COUNTY (CITY) OF __Cobb__

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED ON __NOV 30, 2016__
         (Date)

__Jeffrey Vickers__
Signature of Plaintiff

Rev. 12/5/07

II Exhaustion of Administrative Remedies
letter C. Did you present the Facts under The Institution's grievance procedure, Answer yes
D. if you Answer yes 1. what Steps Did you take and what were the Facts, Seperate Sheet of grievance Form tracking #'s Related to the problems going In In this Jail.
1. #48745 case #38998 Complaint Antique Cash was Stolen before these current Charges were taken out on me. Response: We cannot give you information on An Incident that may or may Not Have occured in 2014. Staff LT. Tankersely Returned by Badge 15039 11-10-16 cant make out name
2. #49189 case #39150 Complaint: was about Shoes ordered called orange slice Item # on Store 6879 Identifies two different Sizes Indicated under Item # M14/F15 and Facility thinks It Is For male 14 and Femal 15 and that Is not the case, I Am pretty Sure It stands For medium 14 and Full 15. I Re-order these Shoes to Have the Full 15 delivered and specified that on New sale order Recept #415082 and listed with order to bring the Bigger Size F15 and It wasn't brought M14's were brought again and the Commissary person Fred At Oasis Managment System Contracted with jail Said they won't give Him the Blue Size 15 He said He Had They think are For Females when they aren't males are Suppose to get the Blue Size and Females the orange medium. This Additional Info Has Been Address this Is New Facts Related to Sale on

11/28/2016 on Reciept #415082 Respone: Accounting Commissary issue Addressed: Mr Vickers a copy of the Reciept that you are grieving was processed on 11/7/2016. Your scan sheet is Read by a scan machine. It Read your order to include 7 stamps 34 cool offs and a size male 14/Female 15 shoe - In your narrative thats what you Recieved instead of R - I see no issue ~~Marked~~ Relating to your commissary/Accounting Department the same Shoes are offered to male and Female Inmates. Each Shoes ~~are~~ is sized to Reflect the sizing For each. You were delivered what you Requested Staff Narrative/Date D. Wallace 11/16/16

3. 49185 No case # loaded About Former Inmates Bothering me, law library and about visiting the law library I Had to be pro se and Marry Melony working for Cobb county Magistrate court possibly filing Falsified Reports against me she Is a Former neighboor causing me serious problems Falsifying warrants and search warrants against me, Act team Services, and possibly some Celebrities who may be bothering me as well Simon Cowell listed. Response: Improper use of this Form Staff LT ~~Tankser~~ Tankersely Response Returned by Badge #15039 11-10-16

4. #48746 case #38999 Complaint Amazon.com shipment of two Books that went missing and were Not Returned properly as Indicated In Response Jesus calling and a Max Lucado Book as well and an old order #358865254 that Happened First before New Ad ons they gave me now.

Response: Mail Room Does Not Have Any Record of Returning any Books that were Hard Backs For you. They Have Not Returned Any mail that you cannot Have, All mail goes to them by the post office is Delivered IN A timely manner. Staff LT. Tankersely Response Returned by 11/16/2016

5. #49187 Case #39120 Complaint! about property siezed without search warrant IN 2014, Dec 18 Under O.C.G.A 17-5-2, 17-5-29 which means to preserve the Defendants property Not steal It and 17-5-50 police Required to maintain a list taken of property of All prisoners Incarcerated Response: That a property list update was given but Never was correct or Accurate It may have been given but wasn't a current updated list for 2016 as Requested and lied about Staff Badge #05015

6. #49194 No case # loaded Complaint Sgt Baker told me about Him loosing $3,000 dollars IN a truck Deal the Same person Chuck Clancy sued me IN State Court Civil Action 14-A-196 TD Auto Finance VS Jeffrey Scott Vickers I was pro se As well IN an Illegal debt collection But Sgt Baker CCSO wasn't sued and I was. Full Detailed Report I made About Incident Included. Response Improper use of this Form LT tankersely No Badge No 11/23/16

7. #48738 case 38747        10. #47126 case #37604
8. #48742 no case # assigned  11. #48739 case# 38967
9. #48736 case # 38946        12. #47530 case# 37694

13. #46873 case # 37247
14. #47116 case # 37418
15. #49184
16. #48746
17#. 49189
18. #48745
19. #49184

Additional Facts I Have grieved on alot of Different Issues an ~~concerns~~ concerns about shoes my saftey under 16-7-22 and the Scope of endangering my Human life and Interfering with my public ~~to~~ utilities Cell phone and pinging my cell phone at wrong time and PUK locking my phone which Is in property described about updated list not provided and $70 dollars on my pre-paid Account was Forfieted and No probable cause for my cell phone cite location Being pinged under 18 usc 2703, 2702(c), 2703(D), 2703(c) of a possible Illegal wire tap without court order or probable cause for A wire tap. I know smart phones and computers, I know How to Identify that my smart phone Has been Compramised Including my number of 404-740-0885 There Is A Block on It know and won't except Incoming calls Anymore. I know about the master control widget when Activated on main screen will determine when green light for Gps or cell cite Is Activated and Turned on by master control widget to see It go on By Itself

when I turned ot my Gps location I was Screening my phone For Illegal pings and got several cite location pings when Gps location was Activated, and knew was Activated and turned off Imediatley on master control widget and would actually see Gps cell phone cite location go on, but was never presented with a probable cause court order as to why my smartphone was Being Illegally ping, and Need to Attach to this new complaint some new Facts pertaining to old civil case I Forgot about under 18 U.S.C.A 2703, 2702(c), 2703 (D), 2703 (c) Technology is my expertise Apps Functioning of certian Apps that will Identify pings If you know the Functioning of the master control widget For WIFI, GPS, and other controls For 1 Button control turn off on main screen without Navigating to Gps Function mode manually Full master control widget on main screen mine was Black, to possibly be Hidden From other Intruders of screening ot cell phone cite location pings, and of phone Records by Act team Services who didnt provide me A Disclosure statement before sign up of services and signed only by coercion of my life Being threatened As well. I did Ask for the Disclosure Statement Regarding what they can and cant Do. ONe is sign me up without letting me Read Disclosure statement First that wasn't explained when Tim Gunter came to meet with me

At Northside Hospital, I didn't know how this service even knew my location, all I know is I didn't Request to meet with this service in a private room. I Refused to sign up then a told Tim Gunter I wasn't enterested in services. There was an Attempt on my life by a Blonde Headed lady who came into my Room and tried to strangle me after I Refuse this service, service tried to kill me, There operating in Austell on love Street at the circle also known As Four corners who are working For the State who got my disability Illegally Suspended for 2 years. Which may be in violation of the Retirement Income Security Act of 1974 29 U.S.C Section 1001 and Securities Act enacted in 1981, I want to Include special Demurrer on with this New complaint under title 10 of commerce and trade, securities Act of 1933 15 U.S.C Section 77(e)(B), Investment Company Act of 1940 15 USC Section 80a-1, Internal Revenue Code 26 U.S.C Section 501(c)(3), Small Business Investment Act of 1958 15 U.S.C Section 681(c), 78a, 77A, 17 C.F.R 240 15a-6, 15 U.S.C Section 78N(D) Securities Exchange Act of 1934 predecessor Act chapter 5 of this title Georgia Securities Act 1973, Securities litigation Uniform Standards Act 1998 112 Stat 3227, Commodity exchange Act 7 U.S.C Section 1, National Securities markets

Improvement Act of 1996 15 U.S.C Section 80b-1 and want to Ad Special Demurrers with this New complaint Pratted by me Jeffrey Scott Vickers who enter myself a pro se in New complaint and should have listed New special Demurrer on Securities Act of 1981 and every year after until 2016, and New year of 2017 please transfere $100.00 Filing Fee From Civil Case Docket 1:16-CV-00026-MHC Reciept #GAN10008161l entered 3/14/2016 To this New Civil Action I Did File AN Appeal in U.S Court of Appeals Still awaiting Response. Listing O.C.G.A 36-33-4 Right to bring Action Agianst city police officers and David Paissi CC1606 Took out a New search warrant and warrant under A post certified license which may violate Section O.C.G.A 35-8-1 and who may

Sinceruly
Jeffrey Vickers
Federal pro Se and State pro Se

put IN for Application of a search warrant Timely Suppression was put IN ON April 30, 2015 motion to Suppress Illegally obtained evidence 17-5-30 no valid consent was given for search and Filed with certificate of Service Included Already Filed and want to File a complaint on this O.C.G.A 17-5-30(A) the person who conducted an Illegal search and sieture may be liable in Damage's to the aggrieved person persuant to O.C.G.A 17-5-30(A) and Judicial qualification opinion No 101 Conflict of Interest